UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00045-FDW-DCK

| | | |
|---|---|---|
| ERIN ADCOCK, ALICIA HUBURN, and ALLISON ELIZALDE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| WINDSTREAM COMMUNICATIONS, LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

THIS MATTER is before the Court on Plaintiffs Erin Adcock, Alicia Huburn, and Allison Elizalde (collectively, "Plaintiffs"), and Defendant Windstream Communications, LLC's ("Windstream") Joint Motion for Approval of Settlement (Doc. No. 13).

The Court has reviewed Plaintiffs' and Windstream's Motion, the Settlement Agreement (Doc. No. 13-1), and the Record and considered the extent of discovery conducted, the stage of the proceedings, the absence of fraud or collusion in the settlement, the experience of Plaintiffs' counsel, and the probability of Plaintiffs' success on the merits. Based on its review of the foregoing and the totality of the circumstances, the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the amounts paid to the Plaintiffs, as well as the fees and reimbursement of costs paid to their attorney.

Accordingly, the Court APPROVES the settlement and GRANTS the Joint Motion for Approval of Settlement (Doc. No. 13).

IT IS SO ORDERED.

Signed: February 20, 2018

Frank D. Whitney
Chief United States District Judge